JOHN A. BOWERS, Appellant, *v.* MILLS W. BARSE, Defendant and SPENCER S. BULLIS, Respondent.

*Bowers* v. *Barse,* 96 App. Div. 636, affirmed.
(Submitted May 24, 1906; decided June 12, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 26, 1904, affirming a judgment in favor of defendant, respondent, entered upon a dismissal of the complaint as to him by the court on trial at Special Term in an action to recover on a contract guaranteeing payment of dividends upon certain stock of which plaintiff was the owner of a number of shares.

*C. Walter Artz, Frederick W. Frost* and *Frank Sullivan Smith* for appellant.

*J. Arthur Corbin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER and HISCOCK, JJ. Absent: O'BRIEN, J. Not voting: HAIGHT, J.